UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAS LIMON LOPEZ,<br>Petitioner<br>v.<br>BRUCE SCOTT et al,<br>Respondents. | CASE NO. 2:26-cv-04115-TL<br><br>ORDER ON PETITION FOR WRIT OF HABEAS CORPUS |

This matter is before the Court on Petitioner Nicolas Limon Lopez's Petition for Writ of Habeas Corpus. Dkt. No. 1. Having reviewed the Petition, Respondents' response (Dkt. No. 5), and the relevant record, the Court DENIES the petition as moot.

For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007).

In the instant matter, Petitioner makes the following requested relief: "Release if custody is unlawful; alternatively, prompt lawful custody review; production of the custody/order records; notice before transfer or removal; and an expedited response and opportunity to reply." Dkt. No. 1 at 3. On October 29, 2026, a custody redetermination hearing was held for Petitioner, where the immigration judge ("IJ") granted Petitioner's release, conditioned on Petitioner's posting of $10,000 bond. *See* Dkt. No. 7-1 (IJ Bond Order) at 2–3. On November 3, 2026, Petitioner posted bond and was released from immigration detention. Dkt. No. 6 (Ouk Decl.) ¶ 9. All of Petitioner's challenges and request for relief relate to either his seeking of release from custody or alternative relief if he is not released. Now that Petitioner has been released, there are no remaining collateral consequences for the Court to address. Therefore, Petitioner's request for relief is moot. *See Babak v. ICE FOD*, 20-cv-212-RSM-BAT, 2020 WL 1976798, at *1 (W.D. Wash. Mar. 31, 2020), *report and recommendation adopted* 2020 WL 1974335, at *1 (W.D. Wash. Apr. 24, 2020) (dismissing habeas petition as moot after ICE released petitioner on supervision).

Accordingly, Petitioner's Petition for Writ of Habeas Corpus is DENIED as moot.

Dated this 13th day of November, 2026.

Tana Lin
United States District Judge